**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Angel CERVANTES–SANTANA,**
**Defendant—Appellant.**

No. 05–30435.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 3, 2007 *.

Filed Dec. 18, 2007.

Donald E. Kresse, Jr., Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Rebecca L. Pennell, Esq., Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Jose Angel Cervantes–Santana appeals from the 30–month sentence imposed following his guilty-plea conviction for being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate and remand.

Cervantes–Santana contends that the district court erred by assessing one criminal history point for his 1993 conviction for driving with a suspended license which resulted in a wholly suspended sentence. In light of recent clarifying law, we agree. *See United States v. Gonzales,* 506 F.3d 940, 943–45 (9th Cir.2007) (en banc). We further conclude that this error was not harmless. *See United States v. Alvarez–Hernandez,* 478 F.3d 1060, 1067–68 (9th Cir.2007). Accordingly, we vacate the sentence and remand for re-sentencing consistent with *Gonzales. See Gonzales,* 506 F.3d at 943–45.

Cervantes–Santana next contends that the district court erred by increasing his sentence pursuant to 8 U.S.C. § 1326(b)(2) based on a prior conviction that he did not admit, and a jury did not find beyond a reasonable doubt. As he concedes, this contention is foreclosed. *See United States v. Beng–Salazar,* 452 F.3d 1088, 1091 (9th Cir.2006).

**VACATED and REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.